```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/07/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
Marcos Calcano,                                                      :
:
                        Plaintiff,                        :
:       20-CV-6864 (JPC)
        -v-                                                         :
:       NOTICE OF
Webellent LLC,                                                       :       REASSIGNMENT
:
                        Defendant.                       :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  Any currently scheduled conference or oral argument before this Court is adjourned pending further order of this Court, but any conference or oral argument before the Magistrate Judge will proceed as ordered.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

       SO ORDERED.

Dated: October 7, 2020                               _____
       New York, New York                      JOHN P. CRONAN
                                                     United States District Judge